UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Civil Action No. 22-3471 (JEB) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' separate settlement agreement executed in connection with this matter.

Dated: October 10, 2023

Respectfully submitted,

SIRI & GLIMSTAD LLP

/s/ Elizabeth Brehm
Aaron Siri, Bar No. NY0537
Elizabeth A. Brehm, Bar No. NY0532
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

MATTHEW M GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Sean Tepe
SEAN M. TEPE, D.C. Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2533
Sean.tepe@usdoj.gov

*Counsel for the United States of America*